# United States District Court
# For The Western District of North Carolina
# Statesville Division

LETERVIS LAMOND NESBITT,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:12CV164-2-V

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 27, 2012, Order.

Signed: November 27, 2012

Frank G. Johns, Clerk
United States District Court